```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-01821-RNO
Nancy J. Gallagher                                                  Chapter 13
          Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke              Page 1 of 2             Date Rcvd: Jul 14, 2020
                              Form ID: ntcnfhrg            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db              +Nancy J. Gallagher,    1571 Oak Lane,    Bushkill, PA 18324-8364
5335750         +AMERICAN EXPRESS HEAD OFFICE (C-BK),     WORLD FINANCIAL CENTER,    200 VESEY STREET,
                  NEW YORK, NY 10285-1000
5335751         +BANK OF AMERICA,    PO BOX 982284,    EL PASO, TX 79998-2284
5335753         +BARCLAYS BANK DELAWARE,    700 PRIDES XING,    NEWARK, DE 19713-6109
5335752         +BARCLAYS BANK DELAWARE,    125 S WEST STREET,    WILMINGTON, DE 19801-5014
5335755          CELTIC BANK,    PO BOX 4499,    BEAVERTON, OR 97076-4499
5335757         +CITIBANK NA,    PO BOX 769006,    SAN ANTONIO, TX 78245-9006
5335760         +DEPARTMENT STORE NATIONAL BANK,     BANKRUPTCY PROCESSING,    PO BOX 8053,    MASON, OH 45040-8053
5335761         +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
5335767          PNC BANK NA,    ATTN BANKRUPTCY DEPT,    PO BOX 489909,    CHARLOTTE, NC 28269-5329
5335768         +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
5335770         +TD BANK USA NA,    7000 TARGET PKWY N,    MS-NCB-0464,    BROOKLYN PARK, MN 55445-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 20:29:55
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5335763          E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 14 2020 20:20:56     HONDA FINANCIAL SERVICES,
                  PO  BOX 7829,   PHILADELPHIA, PA 19101-7829
5337584          E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 14 2020 20:20:56
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088
5335754          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 20:29:53     CAPITAL ONE BANK,
                  PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5335758          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2020 20:20:44     COMENITY BANK,
                  BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5335759          E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2020 20:29:31     CREDIT ONE BANK,
                  PO BOX 98873,    LAS VEGAS, NV 89193-8873
5335762          E-mail/Text: bk@freedomfinancialnetwork.com Jul 14 2020 20:20:19     FREEDOM PLUS,
                  4940 S WENDLER DR,    STE 115,    TEMPE, AZ 85282
5337986          E-mail/Text: bk@freedomfinancialnetwork.com Jul 14 2020 20:20:19     Freedom Plus,
                  Attn: Bankruptcy Dept,    POBox 2340,    Phoenix, AZ 85002-2340
5335756          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 14 2020 20:29:25
                  CHASE CARDMEMBER SERVICE,    PO BOX 15548,    WILMINGTON, DE 19886-5548
5335764         +E-mail/Text: bk@lendingclub.com Jul 14 2020 20:21:02     LENDING CLUB CORP,
                  71 STEVENSON STREET,    SUITE 1000,    SAN FRANCISCO, CA 94105-2967
5335765          E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 14 2020 20:29:21     MERRICK BANK CORP,
                  PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
5335766          E-mail/Text: ml-ebn@missionlane.com Jul 14 2020 20:20:21     MISSION LANE,    PO BOX 105286,
                  ATLANTA, GA 30304-3669
5340724         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 14 2020 20:20:59     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5342910          E-mail/Text: bnc-quantum@quantum3group.com Jul 14 2020 20:20:47
                  Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
5335769          E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:30:16     SYNCHRONY BANK,
                  ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5335832         +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:49     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent   Rubino    on behalf of Debtor 1 Nancy J. Gallagher
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

        TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Nancy J. Gallagher,<br>aka Nancy Gallager, aka Nancy Jean Gallagher, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−01821−RNO |

# Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 19, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 14, 2020 |

ntcnfhrg (03/18)