## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nancy J. Gallagher aka Nancy Gallager aka Nancy Jean Gallagher | |
| Debtor(s) | CHAPTER 13 |
| | |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns | |
| Movant | |
| vs. | NO. 20-01821 HWV |
| | |
| Nancy J. Gallagher aka Nancy Gallager aka Nancy Jean Gallagher | |
| Debtor(s) | |
| | |
| Jack N. Zaharopoulos | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Answer to Debtor's Motion for Sale of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **July 14, 2021 (Doc. No. 35)**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated:  July 15, 2021