United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                               Case No. 20-01821-HWV
Nancy J. Gallagher                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                               Page 1 of 2
Date Rcvd: Jul 16, 2021                          Form ID: pdf010                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nancy J. Gallagher, 1571 Oak Lane, Bushkill, PA 18324-8364 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021                               Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Nancy J. Gallagher rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Nancy J. Gallagher |

lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
    NANCY J. GALLAGHER     :    Chapter 13
    *aka* **Nancy Gallager**,     :
    *aka* **Nancy Jean Gallagher**,     :    Case No. 5:20-bk-01821
    Debtor     :

**ORDER GRANTING
MOTION TO SELL REAL PROPERTY OF THE ESTATE**

AND NOW upon consideration of Debtors' Motion to Sell Real Property of the Estate: **1571 OAK LANE, BUSHKILL, PA 18324**, objections, if any, and hearing, if any, it is hereby ORDERED that said Motion is GRANTED, and further that Debtor be and is hereby AUTHORIZED to execute any all documents necessary to complete the sale of **1571 OAK LANE, BUSHKILL, PA 18324**, for the sum of for TWO HUNDRED TWENTY-FIVE THOUSAND AND 00/100 (**$225,000.00**) DOLLARS, to **JENNIFER M. RICHARDS AND ROBERT S. RICHARDS**, or their assignees, or substitute purchasers for the same or higher amount.

IT IS FURTHER ORDERED that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a.    Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

    b.    Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

    c.    Any transfer tax which is the responsibility of the Debtor; then to

    d.    Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of **$750.00** to **NEWMAN WILLIAMS, P.C.** for preparation, service and filing of the instant motion, then to

f. Any real estate taxes, tax liens and municipal liens; then to

g. PNC Bank, NA's lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien will otherwise remain on the property unless paid in full; then to

h. Debtor on account of her exempt interest in the Property in the amount of $24,248.00; then

i. if there are any net proceeds remaining after paying all the costs, liens and fees set forth in the preceding paragraphs then the remaining balance, if any, shall be held in escrow by Newman Williams, P.C., pending resolution of the Trustee's objection.

Dated: July 16, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)