

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

August 9, 2021

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

          ***RE:***    ***Nancy J. Gallagher***
                    ***Case No. 5:20-01821***

Dear Clerk:

      We have been informed by our client, Nancy J. Gallagher, that she has a new address, as follows:

            1919 Atlantic Avenue
            Trailer 32
            Manasquan, NJ 08736

      Please correct the docket and mailing matrix accordingly.  Thank you.

                              Very truly yours,

                              */s/ Vincent Rubino*

                              Vincent Rubino