United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                             Case No. 20-01821-MJC

Nancy J. Gallagher                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                     User: AutoDocke                                           Page 1 of 3
Date Rcvd: Aug 26, 2024                              Form ID: 3180W                                   Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J. Gallagher, 1919 Atlantic Avenue, Trailer 32, Manasquan, NJ 08736-1023 |
| 5335767 | | PNC BANK NA, ATTN BANKRUPTCY DEPT, PO BOX 489909, CHARLOTTE, NC 28269-5329 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 26 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Aug 26 2024 22:35:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5335750 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 18:44:45 | AMERICAN EXPRESS HEAD OFFICE (C-BK), WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5335763 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 26 2024 18:41:00 | HONDA FINANCIAL SERVICES, PO BOX 7829, PHILADELPHIA, PA 19101-7829 |
| 5337584 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 26 2024 18:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5335751 | + | EDI: BANKAMER2 | Aug 26 2024 22:35:00 | BANK OF AMERICA, PO BOX 982284, EL PASO, TX 79998-2284 |
| 5335752 | + | EDI: TSYS2 | Aug 26 2024 22:35:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 5335753 | + | EDI: TSYS2 | Aug 26 2024 22:35:00 | BARCLAYS BANK DELAWARE, 700 PRIDES XING, NEWARK, DE 19713-6109 |
| 5335754 | | EDI: CAPITALONE.COM | Aug 26 2024 22:35:00 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5335755 | | EDI: PHINGENESIS | Aug 26 2024 22:35:00 | CELTIC BANK, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5335757 | + | EDI: CITICORP | Aug 26 2024 22:35:00 | CITIBANK NA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 5335758 | | EDI: WFNNB.COM | Aug 26 2024 22:35:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5335759 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2024 18:44:27 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5351575 | | EDI: CITICORP | Aug 26 2024 22:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5335760 | | EDI: CITICORP | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 26 2024 22:35:00 | DEPARTMENT STORE NATIONAL BANK, BANKRUPTCY PROCESSING, PO BOX 8053, MASON, OH 45040 |
| 5349918 | | EDI: Q3G.COM | Aug 26 2024 22:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5335761 | + | EDI: AMINFOFP.COM | Aug 26 2024 22:35:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 5335762 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 26 2024 18:40:00 | FREEDOM PLUS, 4940 S WENDLER DR, STE 115, TEMPE, AZ 85282 |
| 5337986 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 26 2024 18:40:00 | Freedom Plus, Attn: Bankruptcy Dept, POBox 2340, Phoenix, AZ 85002-2340 |
| 5406959 | | EDI: IRS.COM | Aug 26 2024 22:35:00 | INTERNAL REVENUE SERVICE, 600 ARCH STREET, ROOM 5200, PHILADELPHIA,PA 19106 |
| 5335756 | | EDI: JPMORGANCHASE | Aug 26 2024 22:35:00 | CHASE CARDMEMBER SERVICE, PO BOX 15548, WILMINGTON, DE 19886-5548 |
| 5335764 | + | EDI: LENDNGCLUB | Aug 26 2024 22:35:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5343757 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 18:44:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5353161 | + | EDI: LENDNGCLUB | Aug 26 2024 22:35:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5335765 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2024 18:44:26 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5335766 | | Email/Text: ml-ebn@missionlane.com | Aug 26 2024 18:40:00 | MISSION LANE, PO BOX 105286, ATLANTA, GA 30304-3669 |
| 5353340 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 18:41:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5335768 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 18:41:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 5350852 | | EDI: PRA.COM | Aug 26 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5340724 | + | EDI: JEFFERSONCAP.COM | Aug 26 2024 22:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5351754 | | EDI: Q3G.COM | Aug 26 2024 22:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5351752 | | EDI: Q3G.COM | Aug 26 2024 22:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5342910 | | EDI: Q3G.COM | Aug 26 2024 22:35:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5335769 | | EDI: SYNC | Aug 26 2024 22:35:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5351144 | ^ | MEBN | Aug 26 2024 20:24:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5335832 | + | EDI: AIS.COM | Aug 26 2024 22:35:00 | Synchrony Bank, By ASI InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5335770 | + | EDI: WTRRNBANK.COM | Aug 26 2024 22:35:00 | TD BANK USA NA, 7000 TARGET PKWY N, |

| | | | |
|---|---|---|---|
| 5350430 | EDI: AIS.COM | | MS-NCB-0464, BROOKLYN PARK, MN 55445-4301 |
| | | Aug 26 2024 22:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Nancy J. Gallagher rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Nancy J. Gallagher lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nancy J. Gallagher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6098<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:20-bk-01821-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy J. Gallagher
aka Nancy Gallager, aka Nancy Jean Gallagher

8/26/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**